**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MELISSA STANSBURY, | : | |
| Plaintiff | : | No. 1:22-cv-00342 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| BARRICK ENTERPRISES, INC., and | : | |
| TODD BARRICK, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, on this 14th day of December 2023, upon consideration of Plaintiff Melissa

Stansbury ("Plaintiff")'s Motion for Leave to File Documents Under Seal (Doc. No. 36), related

to Plaintiff's prior Motion for Notice to Potential Plaintiffs and for Conditional Certification

(Doc. No. 35), along with Plaintiff and Defendants Barrick Enterprises, Inc. and Todd Barrick

("Defendants")' Joint Response (Doc. No. 46) to this Court's September 28, 2023 Order to Show

Cause (Doc. No. 44) directing Plaintiff to show cause why the eight (8) documents filed

provisionally under seal in connection with Plaintiff's motion for conditional certification should

be sealed pursuant to the requirements of In re Avandia Marketing, Sales Practices and Products

Liability Litigation, 924 F.3d 662 (3d Cir. 2019) ("Avandia"), and Defendants' Response to this

Court's October 25, 2023 Order to Show Cause (Doc. No. 53) directing Defendants to show

cause why Defendants' Exhibit E (Doc. No. 50-7) should not be made a part of the publicly

available docket in this matter pursuant to Avandia, and in accordance with the accompanying

Memorandum,  **IT IS ORDERED THAT**:

1. Plaintiff's motion (Doc. No. 36) is **GRANTED in part** and **DENIED in part**, as
   follows:
   a. Plaintiff's motion is **GRANTED** insofar as the Court
      will permit Plaintiff to file a redacted version of its Exhibit E (Doc.
      No. 37-1), within fourteen (14) days of the date of this Order and
      the Court will temporarily retain Docket Number 37-1 under seal

pending further Order of Court.

       b.      Plaintiff's motion is otherwise **DENIED**;

2.      The Clerk of Court is directed to **UNSEAL** the following documents filed under seal by Plaintiff: Docket Numbers 37-2, 37-3, 37-4, 37-5, 37-6, 37-7, and 37-8; and

3.      Defendants' request to seal Exhibit E (Doc. Nos. 50, 50-7) is **GRANTED** insofar as the Court will permit Defendants to file a redacted version of its Exhibit E (Doc. No. 50-7), within fourteen (14) days of the date of this Order and the Court will temporarily retain Docket Number 50-7 under seal pending further Order of Court.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania