IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELISSA STANSBURY,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>**v.**<br><br>**BARRICK ENTERPRISES, INC.** and **TODD BARRICK**, individually,<br><br>Defendants. | **Case No. 1:22-CV-00342-YK** |

**PARTIES' JOINT MOTION FOR PRELIMINARY**
**APPROVAL OF SETTLEMENT AGREEMENT**

Come now the parties jointly, by and through their respective counsel, and move the Court

for an Order (1) granting Plaintiffs leave to file their proposed First Amended Complaint attached

to the declaration of Jay Forester; (2) certifying a Pennsylvania class for settlement purposes only;

(3) finally certifying a Fair Labor Standards Act ("FLSA") collective action for settlement

purposes only; (4) preliminarily finding that the parties' settlement of the Pennsylvania class

claims appears to be fair, reasonable, and adequate as to members of the class, subject to any

objections that may be raised at the final fairness hearing and final approval of the settlement by

this Court; (5) finding that the parties' settlement of the FLSA claim appears to be a fair,

reasonable, and adequate resolution of a *bona fide* dispute between the parties; (6) preliminarily

approving the parties Fed. R. Civ. P. 23 class action settlement; (7) approving the parties' FLSA

collective action settlement; (8) approving as to form and content the parties' proposed notice as

reasonable notice practicable under the circumstances and in full compliance with applicable law;

(9) ordering dissemination of the parties' proposed notice; (10) ordering that each class member

be given a full opportunity to file a claim, object to, or opt-out of the Settlement Agreement, and

to participate at the final approval hearing; (11) staying this litigation, with the exception of the Notice process and other activities in furtherance of the Settlement, the proceeding in this matter (including staying Defendants' obligation to answer the amended complaint); and (12) scheduling a final fairness hearing.

In support of their Motion, the parties cite their Joint Memorandum in Support of said Motion.

WHEREFORE, the parties request the Court to:

a)      grant Plaintiffs leave to file an Amended Complaint adding class claims under Pennsylvania state law (a true and correct copy of Plaintiff's proposed First Amended Complaint is attached to the Forester Declaration as **Exhibit A**),

a)      certify a Pennsylvania class action pursuant to Rule 23, for settlement purposes only, as set forth below,

c)      finally certify a FLSA collective action for settlement purposes only;

d)      preliminarily find that the Parties' Rule 23 class settlement appears to be fair, reasonable and adequate as to members of the class and collective action, subject to any objections that may be raised at the final fairness hearing and final approval of the settlement by this Court,

e)      find that the parties' FLSA settlement appears to be a fair and reasonable resolution of a *bona fide* dispute;

f)      appoint Plaintiff as Class Representative and appoint Forester Haynie PLLC and Weinhaus & Potashnick as Class Counsel,

g)      preliminarily approve the parties' settlement,

h)      approve the proposed Class Notice and Claim Form and the process for

requesting exclusion from the settlement as reasonable notice practicable under the circumstances and in full compliance with applicable law,

i)      direct the mailing of the Notice and Claim Forms by first-class mail to the Settlement Class Members, and

j)      schedule a hearing for final approval of the Parties' class action settlement agreement to occur at least 100 days following the Court's order granting preliminary approval of the settlement.

**FORESTER HAYNIE PLLC**
Colby Qualls
(admitted *pro hac vice*)
**FORESTER HAYNIE PLLC**
400 N. St. Paul Street, Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(214) 346-5909 fax


*/s/ Mark Potashnick*
Mark Potashnick
(admitted *pro hac vice*)
**WEINHAUS & POTASHNICK**
Admitted Pro Hac Vice
11500 Olive Blvd., Suite 133
St. Louis, MO 63141
markp@wp-attorneys.com
(314) 997-9150 ext. 2


Patrick Howard, Esquire
**SALTZ MONGELUZZI &
BENDESKY, P.C.**
120 Gibraltar Road, Suite 218
Horsham, PA 19044
Tel: (215) 496-8282
phoward@smbb.com


Attorneys for Plaintiff

FISHER & PHILLIPS LLP
*/s/ Kathleen McLeod Caminiti*
Kathleen McLeod Caminiti, Esquire
Admitted Pro Hac Vice
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
(908) 516-1050 (phone)
(908) 516-1051 (facsimile)
kcaminiti@fisherphillips.com

Patrick M. Dalin, Esquire
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
(610) 230-2163 (phone)
(610) 230-2151 (facsimile)
pdalin@fisherphillips.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document will be served on all counsel of

record via the Court's CM/ECF system.

> */s/ Patrick Howard*
> Patrick Howard