IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELISSA STANSBURY,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**BARRICK ENTERPRISES, INC.** and **TODD BARRICK**, individually,<br><br>Defendants. | **Case No. 1:22-CV-00342-YK** |

## MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT

Come now the parties, by attorneys, and jointly move the Court to substitute the attached Exhibit 1 for the document filed as "Exhibit 1" to the Memorandum of Law in Support of Parties' Joint Motion for Preliminary Approval of Settlement Agreement ("Preliminary Approval Motion"). ECF 100-1. As grounds therefore, the parties state that the previous Exhibit 1 to the Preliminary Approval Motion was filed without a signatures and the parties have promptly sought correction.

Wherefore, the parties jointly request that the attached document be substituted as "Exhibit 1" to the Preliminary Approval Motion.

Respectfully submitted,

| FORESTER HAYNIE PLLC | FISHER & PHILLIPS LLP |
|---|---|
| Colby Qualls<br>(admitted *pro hac vice*)<br>**FORESTER HAYNIE PLLC**<br>400 N. St. Paul Street, Suite 700<br>Dallas, Texas 75201<br>(214) 210-2100 phone<br>(214) 346-5909 fax<br>cqualls@foresterhaynie.com | */s/ Kathleen McLeod Caminiti*<br>Kathleen McLeod Caminiti, Esquire<br>Admitted Pro Hac Vice<br>430 Mountain Avenue, Suite 303<br>Murray Hill, NJ 07974<br>(908) 516-1050 (phone)<br>(908) 516-1051 (facsimile)<br>kcaminiti@fisherphillips.com |

1

| | |
|---|---|
| */s/ Mark Potashnick* <br> Mark Potashnick <br> (admitted *pro hac vice*) <br> **WEINHAUS & POTASHNICK** <br> Admitted Pro Hac Vice <br> 11500 Olive Blvd., Suite 133 <br> St. Louis, MO 63141 <br> markp@wp-attorneys.com <br> (314) 997-9150 ext. 2 <br><br> Patrick Howard, Esquire <br> **SALTZ MONGELUZZI & BENDESKY, P.C.** <br> 120 Gibraltar Road, Suite 218 <br> Horsham, PA 19044 <br> Tel: (215) 496-8282 <br> phoward@smbb.com <br> *Attorneys for Plaintiff* | Patrick M. Dalin, Esquire <br> 100 N. 18th Street, 12th Floor <br> Philadelphia, PA 19103 <br> (610) 230-2163 (phone) <br> (610) 230-2151 (facsimile) <br> pdalin@fisherphillips.com <br> *Attorneys for Defendants* |

Dated: February 17, 2025